**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21237-BLOOM/Elfenbein**

JESUS GONZALEZ,

     Plaintiff,

v.

POMEROY HOLDINGS INC.,

     Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Joint Stipulation for Dismissal with Prejudice, ECF No. [19] ("Stipulation"), filed on May 13, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [19]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to the Defendant listed in the Notice;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-21237-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 13, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record

2